FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG 18 A 11: 20

CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RANDY BOCKEY,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV205-075

STATE OF GEORGIA and the
GLYNN COUNTY SHERIFF'S
DEPARTMENT,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections[1] have been filed. In his Objections, Plaintiff thanks the Magistrate Judge for granting him an extension of time in which to file Objections. Plaintiff contends that he is unable to get anyone to look at his case. Plaintiff also contends that the public defender assigned to his case has not responded to his letters or told him anything about his case.

To the extent Plaintiff raises Objections to the Magistrate Judge's Report, his Objections are without merit. The Report and Recommendation of the Magistrate Judge

---

[1] Plaintiff filed a Motion for Extension of Time to file Objections to the Magistrate Judge's Report and Recommendation. By Order dated July 7, 2005, Plaintiff was given until July 22, 2005, to file his objections to the Report. (Doc. No. 11.) Plaintiff failed to file any pleading entitled "Objections", and the Court construes Plaintiff's letter as his Objections to the Report and Recommendation.

AO 72A
(Rev. 8/82)

is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 42 U.S.C.A. § 1983 and 28 U.S.C.A. § 1915(e)(2)(B)(ii). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

Should Plaintiff wish to pursue his claims, the Court advises Plaintiff that he may do so by filing the appropriate cause of action with a court in the State of Georgia.

**SO ORDERED**, this 18th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

BOCKEY
_____ )

vs ) CASE NUMBER CV205-75

STATE OF GEORGIA, ET AL
_____ ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/18/05 _____, which is part of the official record of this case.

Date of Mailing: 8/18/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Randy Bockey, 956579, Glynn Co. Detention Center, 1812 Newcastle Street, Brunswick, GA 31520

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate